IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RANDY JENKINS HARMON, JR.,

  Plaintiff,

v.

WARDEN DOUG WILLIAMS, et al.,

  Defendants.

CIVIL ACTION NO.: 6:18-cv-83

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 17. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's: monetary damages claims against all Defendants in their official capacities; claims concerning being stripped searched and having his property confiscated; and claims against Defendants Smith State Prison, Gregory Dozier, and the Georgia Department of Corrections. Plaintiff's due process claims against Defendants Williams, Byrd, Godfrey, Watkins, Wright, Santiago, Rebing, Johnston-Bennett, Collier, and Kilpatrick remain pending. Doc. 18.

SO ORDERED, this 7th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA