IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 DEC 22 P 1:44

CLERK _____
      SO. DIST. OF GA.

| | |
|---|---|
| RANDY JENKINS HARMON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-83 |
| v. | |
| WARDEN DOUG WILLIAMS, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RANDY JENKINS HARMON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-99 |
| v. | |
| WARDEN DOUG WILLIAMS, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RANDY JENKINS HARMON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-107 |
| v. | |
| CO II NICOLE JOHNSTON-BENNETT, et al., | |
| Defendants. | |

## ORDER

These matters are before the Court on Plaintiff's 42 U.S.C. § 1983 Complaints in the above-captioned cases. Doc. 1, Doc. 1; Doc 1.[1] On August 8, 2018, Plaintiff filed a § 1983 Complaint in Case Number 6:18-cv-83 and alleged he had to undergo a strip search upon his arrival at Smith State Prison and his property was confiscated. Doc. 1-1 at 1. Plaintiff also complained about his placement in Tier II administrative segregation at Smith State Prison and the processes related to his continued confinement in the Tier II program. Id. at 1–12. Plaintiff named as Defendants former Warden Doug Williams, Yolanda Byrd, Deric Godfrey, Tammy Watkins, and Scherika Wright. Doc. 1. After the Court consolidated two other causes of action in Case Number 6:18-cv-83, the Magistrate Judge directed service of the majority of Plaintiff's claims. Docs. 17, 18, 19.

On November 4, 2019, Plaintiff filed another § 1983 Complaint in Case Number 6:19-cv-99. Doc. 1. In this Complaint, Plaintiff sets forth allegations concerning his placement and continued confinement in Tier II administrative segregation while he was housed at Smith State Prison. Id. Plaintiff names as Defendants Warden Doug Williams, Yolanda Byrd, Justin Maldonado, Jonathan Santiago, Dennis Collier, Venicestare Shepard, and Cindy Smith.

Just three weeks later, on November 25, 2019, Plaintiff filed a third § 1983 Complaint concerning his placement and continued confinement in Tier II administrative segregation while he was housed at Smith State Prison in Case Number 6:19-cv-107. In this cause of action, Plaintiff names Nicole Johnston-Bennett, Brad Laurence, Justin Maldonado, Vinicestare Shepard, Jordan Wicker, Doug Williams, and Cindy Smith as Defendants. Id.

---

[1] In citing to the dockets in these three cases, the Court references the filings in Case Number 6:18-cv-83 first, the filings in Case Number 6:19-cv-99 second, and the filings in Case Number 6:19-cv-107 third.

Plaintiff also filed two other causes of action with this Court in which he makes similar allegations against some of the same Defendants, Case Numbers 6:20-cv-20 and 6:20-cv-55. These two cases are assigned to the Honorable R. Stan Baker for plenary review. In the interest of judicial economy, I hereby **TRANSFER** Case Numbers 6:18-cv-83, 6:19-cv-99, and 6:19-cv-107 to Judge R. Stan Baker for his plenary review.

**SO ORDERED**, this 22nd day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA